IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lisa Michelle Ceasar, | Civil Action No. 3:17-cv-2018-CMC-SVH |
| Plaintiff, | |
| vs. | **ORDER** |
| S.C. Department of Health and Environmental Control, | |
| Defendant. | |

This matter is before the court on Plaintiff's *pro se* complaint alleging discrimination by her former employer, South Carolina Department of Health and Environmental Control. ECF No. 1. On August 24, 2017, this court adopted the Report and Recommendation of the Magistrate Judge and denied Plaintiff's motion to proceed *in forma pauperis*. Plaintiff was given until September 7, 2017 to pay the full filing fee. Plaintiff was also warned failure to pay the full filing fee by that date would result in dismissal of this matter without prejudice.

Plaintiff has failed to pay the filing fee and has not sought an extension of time within which to do so. Accordingly, this matter is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
September 13, 2017