IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lisa Michelle Ceasar,<br><br>    Plaintiff,<br><br>v.<br><br>SC Department of Health and Environmental Control,<br><br>    Defendant. | C/A. No. 3:17-2018-CMC<br><br>**Order** |

    This matter is before the court on Plaintiff's *pro se* complaint alleging discrimination based on sex by her former employer, Defendant South Carolina Department of Health and Environmental Control. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis*. ECF No. 3. On August 8, 2017, the Magistrate Judge issued a Report and Recommendation recommending Plaintiff's motion for *in forma pauperis* status be denied. ECF No. 9. After Plaintiff filed her objections (ECF No. 12), this court adopted the Report and denied Plaintiff's motion (ECF No. 13). The court ordered Plaintiff to pay the full filing fee by September 7, 2017. *Id.* On September 13, 2017, the court entered an order dismissing the case for failure to pay the filing fee. ECF No. 15.

    After entering the order dismissing the case, the court was notified Plaintiff had, in fact, paid the full filing fee on September 5, 2017, at the Greenville courthouse. The receipt for this payment had not been entered on the docket as of the date of entry of the dismissal order; however, it has now been entered and shows the filing fee paid on September 5. ECF No. 17. As Plaintiff timely paid the filing fee, the order dismissing the case is hereby vacated. This matter is referred to the Magistrate Judge for pre-trial proceedings.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
September 19, 2017

