IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lisa Michelle Ceasar, | C/A. No. 3:17-2018-CMC |
| Plaintiff, | |
| v. | |
| SC Department of Health and Environmental Control, | **Order** |
| Defendant. | |

This matter is before the court on Plaintiff's motion for voluntary dismissal without prejudice. ECF No. 35. Because Plaintiff is pro se, out of an abundance of caution, the Magistrate Judge entered a Text Order in response to Plaintiff's motion, informing her that her claims may be subject to additional defenses, such as the statute of limitations, if she proceeds to dismiss her case. ECF No. 36. That Text Order requested Plaintiff advise the court by February 28, 2018, whether she wishes the court to dismiss her case, and also directed Defendant to advise the court whether it consents to dismissal without prejudice. *Id.* On February 15, Defendant filed a response consenting to dismissal without prejudice. ECF No. 38. On February 27, Plaintiff filed another motion to voluntarily dismiss her case without prejudice, indicating her desire to go forward with dismissal. ECF No. 39.

As Plaintiff has twice indicated her desire to dismiss her case without prejudice, and Defendant consents, the court hereby grants Plaintiff's motions (ECF Nos. 35, 39). Plaintiff's Complaint is dismissed without prejudice.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 5, 2018

